1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  KATHERINE R. LOO
5  Special Assistant United States Attorney
6  California State Bar 162029
        333 Market Street, Suite 1500
7       San Francisco, California  94105
8       Tel:  (415) 977-8958
9       Fax:  (415) 744-0134
        Email:  Katherine.Loo@ssa.gov
10
11 Attorneys for Defendant

12

13                   UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
14                       EASTERN DIVISION

15

16 ROBERT FUGITT,                    ) No.  EDCV-10-01149-FMO
                                     )
17                                   ) **JUDGMENT OF REMAND**
                                     )
18      Plaintiff,                   )
                                     )
   v.                                )
19                                   )
   MICHAEL J. ASTRUE,                )
20 Commissioner of Social Security,  )
                                     )
21                                   )
        Defendant.                   )
22                                   )
                                     )
23 _____  )

24

25      The Court having approved the parties' Stipulation to Voluntary Remand

26 Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment

27 ("Stipulation for Remand") lodged concurrent with the lodging of the within

28 Judgment of Remand.

   ///

                                    -1-

1    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

2  above-captioned action is remanded to the Commissioner of Social

3  Security for further proceedings consistent with the Stipulation for Remand.

4      DATED: 3/29/11

5

6                                      _____/s/_____

7                                      FERNANDO M. OLGUIN
                                       UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14  Presented by:

15  ANDRÉ BIROTTE JR.
    United States Attorney
16  LEON W. WEIDMAN
17  Assistant United States Attorney
18  Chief, Civil Division

19
     */s/ Katherine R. Loo*
20  KATHERINE R. LOO
21  Special Assistant United States Attorney

22
    Attorneys for Defendant
23

24

25

26

27

28